AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff* | ) ) ) ) ) | Civil Action No. |
| v. |  |  |
| *Defendant* |  |  |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post-judgment interest at the rate of _____ %, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐  other:
_____ .

This action was *(check one)*:

❐  tried by a jury with _____ presiding, and the jury has rendered a verdict.

❐  tried by _____ without a jury and the above decision was reached.

❐  decided by _____ on a motion for

Date: _____                                              *CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*